IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

SIDNEY T. LEWIS,

    Appellant,

V.                              CASE NO. C2-08-075
                                    JUDGE EDMUND A. SARGUS, JR.

LARRY J. MCCLATCHEY,

    Appellee.

## ORDER

The undersigned hereby RECUSES himself from this case. The Clerk shall use a random draw to assign a new judge to this case.

IT IS SO ORDERED.

\_\_2-1-+008\_\_                                  _____
DATE                                            EDMUND A. SARGUS, JR.
                                                UNITED STATES DISTRICT JUDGE