**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| Sidney T. Lewis, | : | |
| Appellant | : | Civil Action 2:08-cv-0075 |
| v. | : | Judge Marbley |
| Larry J. McClatchey, | : | |
| Trustee/Appellee | : | |
| | : | |

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the September 26, 2008 Order, Trustee/Appellee's motion to dismiss is GRANTED. This action is hereby DISMISSED.

Date: **September 26, 2008**                                  James Bonini, Clerk

                                                              s/Betty L. Clark
                                                              Betty L. Clark/Deputy Clerk